FILED
2024 Oct-30 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/BAJ: November 2024
GJ #26

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **DE'AIREUS JYRELL COOK** | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
*Possession of Stolen Mail*
**[18 U.S.C. § 1708]**

1.  On or about January 19, 2023, in Calhoun County, in the Northern District of Alabama, the Defendant,

**DE'AIREUS JYRELL COOK**,

unlawfully possessed a variety of documents – including approximately 1,001 checks for amounts totaling approximately $534,548 – which had been stolen, taken, embezzled, and abstracted from the United States mail and which the Defendant knew had been stolen, taken, embezzled, and abstracted from the United States mail.

All in violation of Title 18, United States Code, Section 1708.

### NOTICE OF FORFEITURE

1.  The allegations of Count One of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States

Code, Section 981(a)(1)(C) & Title 28, United States Code, Section 2461.

2. Pursuant to Rule 32.2(a) of the *Federal Rules of Criminal Procedure*, the Defendant,

**DE'AIREUS JYRELL COOK,**

is hereby notified that, upon conviction of the offense alleged in Count One of this Indictment, the Defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense. The property to be forfeited includes, but is not limited to, a money judgment representing the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense of which the Defendant has been convicted.

3. If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 23, United States Code, Section 2461(c).

A TRUE BILL

_/s/ Electronic Signature_____
FOREPERSON OF THE GRAND JURY

                                              PRIM F. ESCALONA
                                              United States Attorney

                                              */s/ Electronic Signature_____*
                                              BRETT A. JANICH
                                               Assistant United States Attorney